IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GEORGE CURRY HUDSON,

    Plaintiff,

v.                    CASE NO. 5:04cv97-RH/WCS

T. DAVIS, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This matter is before the court on the magistrate judge's report and recommendation (document 26), to which no objections have been filed. As accurately set forth in the report and recommendation, plaintiff has failed to follow the instructions provided in the magistrate judge's prior orders and to cure deficiencies in his pleadings identified in those orders. Those deficiencies range from the failure to set forth allegations in numbered paragraphs to continued inclusion of rambling and conclusory allegations that obscure rather than disclose the basis of plaintiff's claims. Plaintiff also has failed to allege either physical injury (or a threat of physical injury) or a basis for going forward in the absence of

such allegations.  For these reasons,

      IT IS ORDERED:

      The report and recommendation is ACCEPTED.  The third amended complaint is dismissed.  The clerk shall enter judgment accordingly, shall enter on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and shall close the file.

      SO ORDERED this 10th day of June, 2005.

                                    s/Robert L. Hinkle  
                                    Chief United States District Judge